IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| TRECINA G. WASHINGTON | § | |
| v. | § | CIVIL ACTION NO. 9:01cv157 |
| AMERICAN HOME PRODUCTS, INC., ET AL. | § | |

ORDER ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this action, has been presented for consideration.  The Report and Recommendation recommends that Defendants' Motion for Summary Judgment be granted and that the complaint be dismissed with prejudice.  Plaintiff filed written objections to the Report and Recommendation on August 15, 2005.  Defendants responded to Plaintiff's objections on August 22, 2005.

Having made a *de novo* review of the objections filed by Plaintiff and Defendants' response thereto, the Court finds that the findings, conclusions and recommendation of the Magistrate Judge are correct and the objections are without merit.  Therefore, the findings and conclusions of the Magistrate Judge are hereby adopted as those of the Court.

In light of the foregoing, it is

**ORDERED** that Defendant's Motion for Summary Judgment (docket #33) is **GRANTED**.

The complaint is hereby **DISMISSED** with prejudice.

All motions not previously ruled on are **DENIED**.

So **ORDERED** and **SIGNED** this **8** day of **September, 2005.**

_____
Ron Clark, United States District Judge